SCWC-12-0001040

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SCWC-12-0001040
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
SEMISI NELSON, Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 05-1-2446)


AND


SCWC-12-0001041
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
KAREN TERUYA, Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 02-1-1718)


AND


SCWC-12-0001042
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
CONRADO CABIGON, JR., Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 08-1-1192)


AND


SCWC-12-0001043
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
STEVE D. FERRARIS, Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 11-1-0306)

AND

SCWC-12-0001044
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
DAVID K. BERRY, Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 10-1-1289)

AND

SCWC-12-0001045
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
JUSTIN NAKAMURA, Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 09-1-1364)

AND

SCWC-12-0001046
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
CEDRO MUNA, Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 09-1-0616)

AND

SCWC-12-0001047
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee, v.
JOHN PAUL LUNA, Respondent/Defendant-Appellee, and
INTERNATIONAL FIDELITY INSURANCE COMPANY,
Petitioner/Real Party in Interest/Appellant.
(CR NO. 10-1-0621)
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP NOS. 12-0001040, -1041, -1042, -1043,
-1044, -1045, -1046, and -1047)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., with Circuit Judge Nakasone in place of Wilson, J., recused)

Petitioner/Real Party in Interest/Appellant International Fidelity Insurance Company's application for writ of certiorari filed on December 23, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, February 3, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone

3